JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

ROY DARCELL DEBOSE,           ) CV 11-1261-JFW (SH)
                              )
            Petitioner,       ) JUDGMENT
                              )
      v.                      )
                              )
TIM VIRGA (Warden),           )
                              )
            Respondent.       )
_____)

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: June 8, 2011

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1